**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01214-ZLW

WILLIAM A. MAUNZ,

    Plaintiff,

v.

DENVER COUNTY SHERIFF'S DEPT.,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Plaintiff's motion to reconsider filed on September 21, 2010, (docket #11) is DENIED.

Dated: September 22, 2010