IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01214-ZLW

WILLIAM A. MAUNZ,

    Plaintiff,

v.

DENVER COUNTY SHERIFF'S DEPT.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Plaintiff's motion to reconsider filed on October 14, 2010, (docket #13) is DENIED. Plaintiff's amended complaint filed on October 14, 2010, (docket #14) will not be considered because this action was dismissed by order filed on July 2, 2010.

Dated: October 15, 2010