IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01214-ZLW

WILLIAM A. MAUNZ,

    Plaintiff,

v.

DENVER COUNTY SHERIFF'S DEPT.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Plaintiff's motion to reconsider filed on October 19, 2010, (docket #18), which does not specify what order Plaintiff is asking the Court to reconsider or why, is DENIED.

Dated: October 20, 2010